1 | LAURIE A. TRAKTMAN (SBN 165588)
**GILBERT & SACKMAN**
2 | A Law Corporation
3699 Wilshire Boulevard, Suite 1200
3 | Los Angeles, California 90010-2732
(323) 938-3000; Fax: (323) 937-9139
4 | email: lat@gslaw.org

E-FILED 02/18/11
JS-6

5 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES , Plaintiffs,

v.

WESTLAND HEATING & AIR CONDITIONING, INC.; KIM HELTON; and TRAVIS ARTHUR LEE, as individuals,

Defendants.

Case No. CV 11-01398 PSG(AJWx)

[~~PROPOSED~~] ORDER ON STIPULATION FOR JUDGMENT

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Board of Trustees of the Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-off Fund ("Dues Fund"); and Board of Trustees of the Sheet Metal Industry Fund of Los Angeles ("Industry Fund") (collectively the "Plans" or "Trust Funds"), and defendants WESTLAND HEATING & AIR CONDITIONING, INC.(the "Company"); KIM HELTON; and TRAVIS ARTHUR LEE, ("Individual Defendants"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. WESTLAND HEATING & AIR CONDITIONING, INC. and KIM HELTON and TRAVIS ARTHUR LEE are indebted to the Plans jointly and severally in the total amount of $64,702.77, broken down as follows: contributions in the amount of $44,002.13 for the delinquent work months of November 2010 and December 2010; the accrued liquidated damages in the amount of $8,800.43 for the work months of November 2010 and December 2010; interest in the amount of $4,400.21; and attorney's fees in the amount of $7,500.00.

2. Judgment is entered in favor of the Plans and against WESTLAND HEATING & AIR CONDITIONING, INC. and KIM HELTON and TRAVIS ARTHUR LEE jointly and severally, in the amount of $64,702.77 for delinquent employee benefit plan contributions, liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 10% per annum as of the date of the Judgment.

1  3. This Court retains jurisdiction over this matter through May 2012 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by defendants.

**IT IS SO ORDERED**.

Dated: __02/18/11__  

PHILIP S. GUTIERREZ
Hon. ~~Dale S. Fischer~~

2